# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 24, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156622(71)

W A FOOTE MEMORIAL HOSPITAL,
d/b/a ALLEGIANCE HEALTH,
      Plaintiff-Appellant,

v

MICHIGAN ASSIGNED CLAIMS PLAN
and MICHIGAN AUTOMOBILE INSURANCE
PLACEMENT FACILITY,
      Defendants-Appellees,
and

JOHN DOE INSURANCE COMPANY,
      Defendant.
_____/

SC: 156622
COA: 333360
Kent CC: 15-008218-NF

      On order of the Chief Justice, the motion of the Coalition Protecting Auto No-Fault to file a brief amicus curiae is GRANTED.  The amicus brief will be accepted for filing if submitted on or before September 21, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

August 24, 2018



Clerk